J. Kevin Benjamin, Esq.
Benjamin Brand, LLP
1016 W. Jackson Boulevard
Chicago, Illinois 60607-2914
Tel: (312) 853-3100
ARDC # 6202321

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Howard Jay Coleman, <br><br>     Debtors. | **A CHAPTER 11 PROCEEDING** <br><br> Case No. **12-48826** <br><br> NOTICE OF MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE <br><br> Date: **February 26, 2014** <br> Time: **10:00 a.m.** <br> Room: **742** <br><br> Honorable Judge: Carol A. Doyle |

**NOTICE OF MOTION FOR ENTRY OF FINAL DECREE**

**TO ALL CREDITORS AND PARTIES IN INTEREST OF THE DEBTOR, Please take notice** that on the **26th day of February at 10:00 a.m.,** or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any Judge sitting in her stead, in courtroom **742** of the United States Bankruptcy Court located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached motion, a true and correct copy of which is attached and served upon you by this Notice. You may appear if you choose.

                                                                     /s/ J. Kevin Benjamin

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that pursuant to Local Rule 9013-1(D), the above Notice of Motion and the attached motion for entry of final decree and to close this case were filed on the 30th day of January, 2014, and served on all parties identified as Registrants, on the date this instrument was filed electronically with the Clerk of the U.S. Bankruptcy Court, through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below I caused a copy to be sent via First Class Mail to the addresses as indicated by mailing a true and correct copy of same in a properly addressed envelope, postage prepaid, and deposited same in the U.S. Mail from around 1016 W. Jackson Boulevard, Chicago, Illinois, before the hour of 5:00 p.m. on the 30th day of January, 2014.

      /s/ J. Kevin Benjamin
      Benjamin Brand, LLP

J. Kevin Benjamin, Esq.
Benjamin Brand, LLP
1016 W. Jackson Boulevard
Chicago, Illinois  60607-2914
Tel:  (312) 853-3100
ARDC # 6202321

# SERVICE LIST

**Debtor(s)**

Mr. Howard J. Coleman
2346 N. Sarazen Drive
Vernon Hills, Illinois  60061-4565

**(Registrants Served Through the Court's Electronic Notice for Registrants):**

*U.S. Trustee:*  Patrick S. Layng - USTPRegion11.es.ecf@usdoj.gov

**Creditors Served Through the Court's Electronic Notice for Registrants**

### Creditors

| | |
|---|---|
| **Bank of America, N.A.**<br>450 American Street<br>Simi Valley, CA 93065 | (19807323)<br>(cr) |
| **Bank of America, N.A.**<br>C/O<br>Pierce & Associates<br>1 N. Dearborn Ste 1300<br>Chicago, IL 60602 | (19863370)<br>(cr) |
| **Bank of America/Countryside**<br>Green Tree Servicing LLC<br>7340 S. Kyrene Rd. T-120<br>Tempe, AZ 85283 | (21221396)<br>(cr) |
| **Chase Bank**<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | (19807324)<br>(cr) |
| **Chase Bank**<br>PO Box 33035<br>Louisville, KY 40232-9891 | (19807325)<br>(cr) |
| **Codilis & Associates, P.C.**<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | (19807326)<br>(cr) |
| **Department of the Treasury**<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (19807332)<br>(cr) |
| **Discover Bank**<br>DB Servicing Corporation | (19834074)<br>(cr) |

PO Box 3025
New Albany, OH 43054-3025

**Discover Financial Services**  (19807327)
Attention: Bankruptcy Department  (cr)
PO Box 3025
New Albany, OH 43054

**GMAC Home Equity**  (19807328)
3451 Hammond Avenue  (cr)
Waterloo, IA 50704

**GMAC Mortgage**  (19807329)
PO Box 4622  (cr)
Waterloo, IA 50704

**GMAC Mortgage, LLC as**
servicer for Wells Fargo Bank
Attn Bankruptcy  (19878426)
1100 Virginia Drive  (cr)
Fort Washington, PA 19034

**GMAC Mortgage, LLC svcer for**
Wells Fargo Bank
Attn Bankruptcy  (19882834)
1100 Virginia Drive  (cr)
Fort Washington, PA 19034

**Green Tree Servicing LLC**  (20633163)
PO Box 6154  (cr)
Rapid City, SD 57709-6154

**Green Tree Servicing LLC**  (20062464)
P.O. Box 6154  (cr)
Rapid City, SD, 57709

**Green Tree Servicing LLC**  (19807330)
PO Box 6172  (cr)
Rapid City, SD 57709

**Green Tree Servicing LLC**  (20606113)
P O Box 0049  (cr)
Palatine, IL 60055

**Illinois Department of Revenue**
Bankruptcy Section  (19888544)
P.O. Box 64338  (cr)
Chicago, IL 60664-0338

**Illinois Department of Revenue**  (19807331)
PO Box 19044  (cr)
Springfield, IL 62794-9044

**JP Morgaqn Chase Bank**  (19807333)
PO Box 24696  (cr)
Columbus, OH 43224

**JPMorgan Chase Bank, National Association**  (19958957)
Chase Records Center Attn: Corres Mail  (cr)
700 Kansas Lane Mail Code LA4-5555

Monroe, LA 71203

**Nissan Motor Acceptance**  
POB 660366  
Dallas, TX 75266-0366

(19862110)  
(cr)

**Nissan Motor Acceptance**  
PO Box 660360  
Dallas, TX 75266

(19807334)  
(cr)

**Pierce & Associates**  
1 North Dearborn Street  
Suite 1300  
Chicago, IL 60602

(19807335)  
(cr)

**Susan L. Coleman**  
2346 N. Sarazen Drive  
Vernon Hills, IL 60061-4565

(19807336)  
(cr)

**Wells Fargo Bank, National Association c/o**  
Ocwen Loan Servicing, LLC  
Attn: Bankruptcy Department  
P.O. BOX 24605  
West Palm Beach, FL 33416-4605

J. Kevin Benjamin, Esq.
Benjamin Brand, LLP
1016 W. Jackson Boulevard
Chicago, Illinois  60607-2914
Tel:  (312) 853-3100
ARDC # 6202321

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Howard Jay Coleman,<br><br>　　　　　Debtors. | **A CHAPTER 11 PROCEEDING**<br><br>Case No. **12-48826**<br><br>MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE<br><br>Date: **February 26, 2014**<br>Time: **10:00 a.m.**<br>Room: **742**<br><br>Honorable Judge:  Carol A. Doyle |

### DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE

*NOW COMES* the Debtor(s), by and through his attorneys, Benjamin Brand, LLP, and moves this Honorable Court for entry of a Final Decree and to close this Case, and in support thereof states as follows:

1.   On December 13, 2012 (the "Petition Date"), the Debtors commenced their voluntary chapter 11 bankruptcy case.

2.   On November 20, 2013, this honorable court entered an Order (the "Confirmation Order"), approving the disclosure statement and confirming the Debtors Plan of Reorganization (the "Plan").

3. Subsequently, the Debtors have undertaken those steps necessary to substantially consummate the confirmed Plan as provided under Section 1101(2) of Title 11 of the United States Code (the "Bankruptcy Code") which states that *"substantial consummation" means — (A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan"*.

4. More specifically, the Debtors have commenced distribution under the Plan as indicated in Exhibit A attached hereto and made apart hereof. Each of the requirements under Section 1101(2) of the Bankruptcy Code is summarized below. There has been substantial consummation of the Plan confirmed by the Court on November 20, 2013. No property was proposed by the Plan to be transferred; the debtors have assumed the management of all the property dealt with by the plan; and the debtors have commenced distribution under the plan. Each of these three requirements under 11 USC §1101(2) is summarized below.

### I. Transfer of Property.

The Plan proposes no transfers of property. Accordingly, all property transfers anticipated by the Plan have been completed.

### II. Assumption by Debtors of Management of Property.

The plan provided for the debtors to stay in control of their assets after confirmation. Since the date of confirmation, the debtors have remained in control and have operated pursuant to the terms of the plan.

### III. Distributions.

After the effective date, November 20, 2013, the Debtors commenced distributions under the plan. The Debtors have paid all administrative expenses that have come due, and have commenced making payments in accordance with Plan provisions.

5.  As indicated above the Plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that to the best of the Debtors' knowledge, all allowed administrative claims have been paid, and the final administrative expenses, compensation of counsel for the Debtor and all Professional Fees have been paid, and payment of the final U.S. Trustee fee for the present quarter, will be paid in conjunction with the approval of this motion. Debtors do not anticipate that there will be any further administrative claims sought by creditors. The Debtors have completed the transfer of all property to be transferred under the Plan. All pending motions, contested matters and adversary proceedings have been resolved or will be resolved prior to or concurrently with a hearing on this Motion. The Debtors will pay any outstanding quarterly fees to the Office of the United States Trustee through the 1st quarter of 2014 in conjunction with the Court's approval of this motion.

6.  It is in the interests of judicial economy to enter a Final Decree and an order to close the case.

WHEREFORE, the Debtors respectfully seek entry of an Order by this Court: (i) granting the Debtors' Motion for entry of a Final Decree in this case, (ii) closing the case, and (iii) for such further relief as the Court deems just and appropriate.

Respectfully submitted this 30th day of January, 2014

Howard Jay Coleman

By: /s/ J. Kevin Benjamin
One of His Attorneys

| | |
|---|---|
| Keevan D. Morgan, Esq. | J. Kevin Benjamin, Esq. |
| Morgan & Bley, Ltd. | Benjamin Brand, LLP |
| 900 West Jackson Blvd. | 1016 W. Jackson Boulevard |
| Suite 4 East | Chicago, Illinois 60607-2914 |
| Chicago, Illinois 60607 | Tel: (312) 853-3100 |
| (312) 243-0006 | ARDC # 6202321 |
| ARDC No. 1958844 | |