UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Howard Jay Coleman,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  12-48826<br><br>Chapter:  11<br>Honorable Carol Doyle |

**Order Granting Debtor's Motion for Final Decree**

Whereas, This cause coming on to be heard upon the motion of the Debtor, Howard Jay Coleman, for the entry of a Final Decree and Order closing this case;

IT IS ORDERED that:

1. The motion for Final Decree is granted.
and the case shall be closed.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 19, 2014

**Prepared by:**

J. Kevin Benjamin
Benjamin Brand, LLP
1016 W. Jackson Boulevard
Chicago, Illinois 60607-2914
(312) 853-3100
ARDC # 6202321